No. 72–5887. PASSWATER ET AL. *v.* MYERS, JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5898. KNIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–5912. EVANS *v.* EVANS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–5928. McMURRAY *v.* ILLINOIS. App. Ct. Ill., 1st Jud. Dist. Certiorari denied.

No. 72–5968. HARGROVE *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5969. THOMAS *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5984. LOVALLO *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–6009. SHORTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6042. PELLEGRINO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–6051. ALLEN *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–6052. LANDRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6056. MACIEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6062. VALDEZ *v.* CALIFORNIA SELECTIVE SERVICE LOCAL BOARD No. 44 ET AL. C. A. 9th Cir. Certiorari denied.